UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MTS LOGISTICS INC. and MTS ULUSA ARARASI TASIMACILIK VE TIC. A.S., <br><br> Plaintiff(s), <br><br> -against- <br><br> GRANITE TILE SLATE WHOLESALE a/k/a GRANITE TILE & SLATE WHOLESALE, INC. <br><br> Defendant(s). | 07 CV _____ <br><br><br> RULE 7.1 STATEMENT |

PLEASE TAKE NOTICE that JORGE A. RODRIGUEZ, of the firm of MAHONEY AND KEANE, LLP, attorneys of record for Plaintiffs, MTS LOGISTICS INC. and MTS ULUSA ARARASI TASIMACILIK VE TIC. A.S. (collectively "MTS"), certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of MTS.

Dated: New York, New York
   October 3, 2007

> Respectfully submitted,
>
> MAHONEY & KEANE, LLP.
> Attorneys for Plaintiff
> MTS LOGISTICS INC. and MTS ULUSA
> ARARASI TASIMACILIK VE TIC. A.S.
>
> By: _____
> Jorge A. Rodriguez, Esq. (EK 2162)
> 111 Broadway, 10th Floor
> New York, NY 10006
> Tel. (212) 385-1422
> Fax (212) 385-1605
> File No. 12/3435/B/07/7

- 2 -

<u>SERVICE LIST</u>

GRANITE TILE SLATE WHOLESALE
a/k/a GRANITE TILE & SLATE
WHOLESALE, INC.
601 S. Jason Street
Denver, CO 80223