AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS, COMPLAINT** |
| EFFECTED (1) BY ME: | **OUT OF STATE** |
| TITLE: | **PROCESS SERVER**    DATE: |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

GRANITE TILE SLATE WHOLESALE a/k/a GRANITE TILE & SLATE WHOLESALE, INC.

Place where served: *1000 W. Mississippi Ave. Denver, CO. 80223*

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

*Kathy Bikadi*

Relationship to defendant: *Secretary*

Description of person accepting service:

SEX: *F*   AGE: *55*   HEIGHT: *5'5"*   WEIGHT: *125*   SKIN: *Cauc*   HAIR: *Gry*   OTHER: *Glasses*

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.__    SERVICES $ ____.__    TOTAL $ ____.__

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: *10/18/2007*    _____ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | JORGE A. RODRIGUEZ |
| PLAINTIFF: | MTS LOGISTICS INC. |
| DEFENDANT: | GRANITE TILE SLATE WHOLESALE a/k/a GRANITE TILE & SLATE WHOLESALE, INC. |
| VENUE: | DISTRICT |
| DOCKET: | 07 CIV 8629 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of New York

Index Number: 07CIV8629                                    Date Filed: _____

Plaintiff:
**MTS Logistics, Inc. and MTS ULUSA Ararasi Tasimacilik VE Tic. A.S.**
vs.
Defendant:
**Granite Tile Slate Wholesale aka Granite Tile & Slate Wholesale, Inc.**

For:
Mahoney & Keane, Llp.
Mahoney & Keane, LLP.
111 Broadway, 10th Floor
New York, NY  10003

Received by Guaranteed Subpoena Service, Inc. on the 10th day of October, 2007 at 4:14 pm to be served on **Granite Tile Slate Wholesale Aka Granite Tile & Slate Wholesale, Inc., 1000 West Mississippi Avenue, Denver, CO 80223**.

I, Charles M. Schmidt, being duly sworn, depose and say that on the **18th day of October, 2007** at **10:24 am**, I:

**AUTHORIZED:** served by delivering a true copy of the **1- Summons in a civil action and 1- Complaint** with the date and hour of service endorsed thereon by me, to: **Kathy Bikadi** as **Secretary**, as no other officers were present at time of service and who stated they are authorized to accept service for and on behalf of: **Granite Tile Slate Wholesale Aka Granite Tile & Slate Wholesale, Inc.** at their usual place of business at address of: **1000 West Mississippi Avenue, Denver, CO 80223**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55, Sex: F, Race/Skin Color: Cauc, Height: 5'5", Weight: 125, Hair: Gry, Glasses: Y

I certify that I am over the age of 18, have no interest in the above titled action, and am a Process Server in accordance with current Colorado Statutes.

Subscribed and Sworn to before me on the 18th day
of October, 2007 by the affiant who is personally
known to me.

_____
NOTARY PUBLIC

Charles M. Schmidt
Process Server

Guaranteed Subpoena Service, Inc.
2009 Morris Avenue
Union, NJ  07083
(800) 672-1952

Our Job Serial Number: 2007005535
Ref: 20071010103033

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f

