UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MTS LOGISTICS INC. and MTS ULUSA
ARARASI TASIMACILIK VE TIC. A.S.,

          Plaintiff(s),

-against-

GRANITE TILE SLATE WHOLESALE
a/k/a GRANITE TILE & SLATE
WHOLESALE, INC.

          Defendant(s).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 19 2008

1:07-cv-8629-GBD

DEFAULT JUDGMENT

This action having been commenced on October 4, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, GRANITE TILE SLATE WHOLESALE a/k/a GRANITE TILE & SLATE WHOLESALE, INC. on October 18, 2007, by serving said documents on Kathy Bikadi, authorized by appointment or law to receive service of process, at defendant's principal place of business, and a proof of service having been filed on November 6, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have a judgment against defendant in the liquidated amount of $3,270.00, plus costs and disbursements of this action in the amount of $494.95, amounting in all to $3,764.95.

Dated: New York, New York
      Feb ~~January~~ 19, 2008

                                      George B. Daniels
                                      U.S.D.J.
                              JUDGE GEORGE B. DANIELS